**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Rita Brogan,   Case No. 3:12CV2185

    Plaintiff

  v.   **ORDER**

Commissioner of Social Security,

    Defendant

This is an appeal from the denial of supplemental security income and disability insurance benefits.

The Magistrate Judge filed a Report and Recommendation concluding the Administrative Law Judge's decision is not supported by substantial evidence and remanding the case for further proceedings. (Doc. 19). The government responded that it "will not be filing objections" to the Report and Recommendation. (Doc. 20).

It is, therefore,

  **ORDERED THAT:**

1. The Magistrate Judge's Report and Recommendation (Doc. 19) be adopted in full; and

2. This case is remanded to the Commission for further proceedings consistent with the Report and Recommendation.

So ordered.

                                                /s/ James G. Carr
                                                Sr. U.S. District Judge